160 A.3d 768

COMMONWEALTH of Pennsylvania, Respondent

v.

Miguel Angel PAGAN, Petitioner

No. 434 MAL 2016

Supreme Court of Pennsylvania.

October 27, 2016

342

## ORDER

PER CURIAM

**AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**